"A"

In the United States District Court

For the District of Rhode Island
(Form mailed 2/1/05, ~~198~~ 2005)

RALPH QUINONES
P.O. BOX 8274
CRANSTON, RI 02920

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

CA 05 044 T

v.-

Civil Action No. ____________

ASHBEL T. WALL, et. al.

DEPARTMENT OF CORRECTIONS R.I.

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes / / No /X/

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ____________

Defendants: ____________

2. Court /if federal court, name the district; if state court, name the county/: ____________

3. Docket number: ______

4. Name judge to whom case was assigned: ______

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: ______

6. Approximate date of filing law suit: 1/28/05

7. Approximate date of disposition: ______

II. Place of Present Confinement: A.C.I. Department of Corrections R.I.

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?
Yes / / No /X/

B. If your answer is YES:

1. What steps dis you take? ______

2. What was the result? ______

C. If your answer is NO, explain why not: **Deputy Hilterman, of Medium Security stated that if I file any grievances he will put** ME **in segregation .**

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff Ralph Quinones

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant **Ashbel T. Wall** is employed as **Director of Department of Corrections** at **Cranston, Rhode Island**

C. Additional Defendants: **Deputy Hilterman, John Does, and Jane Does.**

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

I was sleeping on the cell floor, because of heat blowing out of vent. While I was sleeping I was attacked and stabbed seven times. I awoke having to fight for my life.

I was then punished by the Department of Corrections for defending myself, defending my life.

I am a medium security inmate, who was locked in a segregation cell with a maximum security inmate. which is a violation of the security policy of the Department of Corrections. Which in turn DOC violated their own procedures in placing me in harms way,and putting my life in danger.

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

I want all lost Good-Time restored to me, that was taken due to DOC Punishment. I seek damages of $ 50,000 for the pain, suffering, and mental damages. All resulting from the attack. I also want my parole restated. Any and All medical expenses paid for, now and in the future, by the Department of Corrections and/or the State of Rhode Island. Resulting from any injuries caused by the attack.

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 25th day of January .2005 , 19__

Ralph Quinones

/Signature of plaintiff or plaintiffs/

VERIFICATION

State of Rhode Island )
)
County of Providence )

I, Ralph Quinones, being ~~first duly sworn~~ Pro-Se, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

Ralph Quinones
/Signature of plaintiff

Subscribed and sworn to before

me this 25th day of January,

~~198~~ 2005.

Nicole Kottelle Notary Public Exp 4/4/05
/Notary Public or other person authorized by law to administer an oath/