# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

Ralph Quinones
Petitioner,

v. ) Case No: CA 05 044-T

Ashbel T. Wall, Director,
Respondent

## NOTICE

Petitioner in the above entitled action hereby notifies this court that his previous address at the ACI (intake) in Cranston R.I. has been change to the current address at the Donald W. Wyatt Detention Facility ; 950 High st. Central Falls, RI 02863.

Petitioner anticipates further changes in his address(es) and will notify this court of any such changes.

Respectfully Submitted,
Ralph Quinones
Ralph Quinones
R.I. DOC # 102D50
Fed-Reg.# 05346-070
D.W.W.D.F.
950 High st.
Central Falls, RI 02863

[cc: David Dimarzio, clerk,
R. Quinones.]

4