RECEIVED

MAR 1 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Ralph Quinones,**
**Plaintiff** :

**vs.** : **C.A. No. 05-044T**

**ASHBEL T. WALL in his capacity as DIRECTOR of the DEPARTMENT OF CORRECTIONS,**
**Defendant**

**MOTION FOR EXTENSION OF TIME**

Defendant, Ashbel T. Wall, in his capacity as Director of the State of Rhode Island, Department of Corrections ("Defendant" or "Wall"), pursuant to Federal Rules of Civil Procedure Rule 6 (b), hereby moves for a forty-five (45) day extension of time within which to answer or otherwise respond to the Complaint filed in this civil action by Plaintiff, Ralph Quinones ("Plaintiff" or "Quinones). In support hereof, Defendant Wall respectfully submits the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests the grant of a forty-five (45) day extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including April 21, 2005, and such other and further relief as justice may require.

GRANTED. Defendant shall have up to and including April 21, 2005, to file his answer or other response to Plaintiff's Complaint.

David L. Martin
David L. Martin
United States Magistrate Judge
March 14, 2005

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
Ernest C. Torres, Chief Judge
Date: 3/11/05

6