UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RALPH QUINONES

v.                                    CA No. 05-44-T

ASHBEL T. WALL, et al.

**ORDER GRANTING MOTION TO DISMISS**

Defendant'S Motion to Dismiss is hereby GRANTED.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: ~~June~~ July 5, 2005